Gregory C. Black
CORETTE BLACK CARLSON & MICKELSON
129 West Park Street, Suite 301
P.O. Box 509
Butte, Montana 59703
Telephone: (406) 782-5800
Facsimile: (406) 723-8919
Email: gcblack@cpklawmt.com

Joshua B. Kirkpatrick (Bar No. 6258)
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Fax: 303.629.0200
Email: jkirkpatrick@littler.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | | |
|---|---|---|
| **KEVIN LUNDSTROM,** | * | Cause No. CV 14-13-H-CCL |
| Plaintiff, | * | |
| v. | * | **JOINT STATEMENT OF STIPULATED FACTS** |
| **MEDTRONIC, INC.,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Plaintiff Kevin Lundstrom ("Lundstrom"), by and through his counsel of record, Corette Black Carlson & Mickelson, P.C. and Defendant Medtronic, Inc.,

by and through its counsel of record, Littler Mendelson, P. C., respectfully submit this Joint Statement of Stipulated Facts.

1. Lundstrom was hired by Medtronic, Inc. ("Medtronic") in 2002 as a Sales Representative and marketed Medtronic products in Central Montana.

2. Lundstrom was promoted in 2008 by Medtronic to a District Sales Manager to oversee sales representatives in Montana, eastern Wyoming and western Nebraska.

3. On April 14, 2008 and on August 2, 2010, Lundstrom and Medtronic entered into written Employment Agreements.

4. Lundstrom resigned his employment with Medtronic on August 17, 2012.

DATED this 18th day of September, 2014.

/s/ Gregory C. Black
CORETTE BLACK CARLSON
& MICKELSON, P.C.
Attorneys for Plaintiff

/s/ Joshua B. Kirkpatrick
LITTLER MENDELSON, P.C.
Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September, 2014, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| \_\_\_\_X\_\_\_\_ | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | Email |

1. Clerk, U.S. District Court

2. Gregory C. Black
   CORETTE BLACK CARLSON & MICKELSON
   129 West Park Street, Suite 301
   P.O. Box 509
   Butte, Montana 59703


By /s/ Joshua B. Kirkpatrick
Joshua B. Kirkpatrick